UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILLIOT                                          CIVIL ACTION

VERSUS                                           NO: 07-7705

CENAC TOWING CO., INC.                           SECTION: R(2)

**ORDER**

Before the Court is defendant Cenac Towing Co., Inc's Motion to Strike Jury Demand. (R. Doc. 52.) On 2 April 2009, the Court dismissed Billiot's Jones Act negligence and unseaworthiness claims. (*See* R. Doc. 51.) Jurisdiction over Billiot's remaining claim for maintenance and cure is based upon the general maritime law. *Fitzgerald v, U.S. Lines Co.*, 374 U.S. 16, 17 (1963). "This being so, there is no right to a trial by jury." *Russell v. Atlantic & Gulf Stevedores*, 625 F.2d 71, 72 (5th Cir. 1980); *Dufrene v. Pride Oil Well Service*, No. 88-3999, 1990 WL 86677, at *1 (E.D.La. June 20, 1990)("Because maritime claims brought pursuant to the court's admiralty jurisdiction are not triable to

a jury, the dismissal of plaintiffs' Jones Act claim terminated plaintiffs' right to a jury trial."). The Court orders Billiot's jury demand struck. *See Verdin v. C&B Boat Co., Inc.*, 860 F.2d 150, 153 (5th Cir. 1988).

New Orleans, Louisiana, this 22nd day of May, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE